# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FERNANDO FLORES,<br><br>   Petitioner,<br><br>   v.<br><br>LELAND McEWEN, Warden,<br><br>   Respondent. | Case No. CV 10-9661-VBF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

   IT IS THEREFORE ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: October 4, 2011

_____
HONORABLE PERCY ANDERSON FOR
HONORABLE VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE