JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS FERNANDO FLORES,<br>　　　　Petitioner,<br>　　v.<br>LELAND McEWEN, Warden,<br>　　　　Respondent. | Case No. CV 10-9661-VBF (SP)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 4, 2011

_____
HONORABLE PERCY ANDERSON FOR
HONORABLE VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE